# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| SHAUN MANNING and | ) | 15 B 15725 |
| TRACY MANNING, | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Bruce W. Black |

## NOTICE OF MOTION

TO:   Glenn B. Stearns (via ECF)
      All Parties Listed on Attached Creditor List (via U.S. First Class Mail)

PLEASE TAKE NOTICE that on April 8, 2016, at 10:00 AM, the undersigned will appear before the Honorable Bruce W. Black at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432 and will then and there present **DEBTOR'S MOTION TO MODIFY PLAN,** at which time you may appear if you so choose.

### Certificate of Service

I, Paul M. Bach, hereby certify that I caused a copy of this notice to be served, via ECF to Glenn B. Stearns (Chapter 13 Trustee) and via U.S. Mail to All Parties Listed on Attached Creditor List, and attached Motion upon the above parties on March 7, 2016, before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:  /S/ PAUL M. BACH
SULAIMAN LAW GROUP
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530

SERVICE LIST

**Shaun Manning**
**Tracy Manning**
113 Fox Chase Drive South
Oswego, IL 60543

**A/R Concepts**
2320 Dean Street, Suite 202
Saint Charles, IL 60175

**American InfoSource LP as agent for**
Presence Health
PO Box 248838
Oklahoma City, OK 73124-8838

**AR Concepts**
18-3 E Dundee Road
Barrington, IL 60010

**Arnold Harris**
111 West Jackson B
Chicago, IL 60604

**Arnold Scott Harris, P.C**
111 West Jackson Boulevard, Suite 600
Chicago, IL 60604

**Arnold Scott Harris, P.C.**
PO Box 5625
Chicago, IL 60680

**Arnold Scott Harris, P.C.**
222 Merchandise Mart Plaza, Suite 1932
Chicago, IL 60654

**ASHRO**
999 Oakmont Plaza Drive
SUITE 360
Westmont, IL 60559

**Ashro**
3650 Milwaukee Street
Madison, WI 53714

**Ashro Lifestyle**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Atg Credit**
1700 W Cortland Street Suite 2
Chicago, IL 60622

**Cybr Collect**
3 Easton Oval, Suite 210
Columbus, OH 43219

**Direct TV**
Corporate Office
PO Box 6550
Englewood, CO 80155

**Direct TV**
PO Box 69
Columbus, OH 43216

**Diversified Services Group**
Attention: Bankruptcy Department
1824 W Grand Ave - Suite 200
Chicago, IL 60622

**Dupage County Circuit Court**
421 N County Farm Road
Wheaton, Il 60187

**Dupage County Circuit Court**
505 County Farm Road
P O Box 707
Wheaton, Il 60187-0707

**Enhanced Recovery Corp**
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

**EOS CCA**
PO Box 439
Norwell, MA 02061

**EOS CCA**
8201 183rd Street
Tinley Park, IL 60487

Document      Page 4 of 11

**EOS CCA**
700 Longwater Drive
Norwell, MA 02061

**Fifth Third Bank**
222 Riverside Plaza
Chicago, IL 60606

**Fifth Third Bank**
38 Fountain Square Plaza
Fifth Third Center
Cincinnati, OH 45263

**Guardian Anesthesia Assoc**
61 Broadway
Suite 1105
New York, NY 10006

**Harris & Harris , Ltd.**
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654

**Harris & Harris, Ltd.**
111 West Jackson Boulevard, Suite 400
Chicago, IL 60604

**Herf Jones Field**
4501 W 62nd Street
Indianapolis, IN 46268

**Illinois Tollway**
270 Ogden Avenue
Downers Grove, IL 60515

**Illinois Tollway**
PO Box 5544
Chicago, IL 60680

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

**Illinois Tollway Authority**
PO Box 5544
Chicago, IL 60680-5544

**Illinois Tollway Authority**
2700 Ogden Avenue
Downers Grove, IL 60515

**Jesse White Secretary of State**
Department of Business Services
501 S. 2nd Street, Room. 351
Springfield, IL 62756

**Kendall County**
111 W Fox Road
Yorkville, IL 60560

**Kendall County State's Attorney**
807 W. John Street
Yorkville, IL 60560

**Kendall County Treasurer**
111 W. Fox Street, Room 114
Yorkville, IL 60560

**Lamphere's Furniture & Appliance**
15 S Lake Street
Aurora, IL 60506

**MCSI Inc**
7330 College Drive, Suite 108
Palos Heights, IL 60463

**MCSI Inc**
Po Box 327
Palos Heights, IL 60463

**Medical Business Bureau**
1175 Deven Drive, Suite 173
Morton Shores, MI 49441

**Medical Business Bureau**
1460 Renaissance D Suite 400
Park Ridge, IL 60068

**Midland Oral Surgery**
4435 W 95th Street
Oak Lawn, IL 60453

**Municipal Collecion Services, Inc**
PO Box 327
Palos Heights, IL 60463

**Municipal Collection Services, Inc.**
7330 College Drive, Suite 108,
Palos Heights, IL 60463

**National Acount Services**

1246 University Avenue
Saint Paul, MN 55104

**NCO Financial**
507 Prudential Road
Horsham, PA 19044

**NCO Financial System**
507 Prudential Road
Horsham, PA 19044

**NCO Financial Systems, Inc.**
PO NBox 15636
Wilmington, DE 19850

**NCO Financial Systems, Inc.**
600 Holiday Plaza Drive, Suite 300
Matteson, IL 60443

**Rush Copley Medical Center**
2000 Ogden Avenue
Aurora, IL 60504

**Rush Copley Memorial Hospital**
1100 W. Veterans Parkway
Yorkville, IL 60560

**Rush Medical Center**
2000 Ogden Avenue
Aurora, IL 60504

**Second Look Inc**
1393 Veterans Highway Ste 200S
Hauppauge, NY 11788

**Secretary of State**
Vehicle Services Department
501 S. Second Street
Springfield, IL 62756

**Trans Union LLC**
P.O. Box 2000
Chester, PA 19016-2000

**TSI Collections**
600 Holiday Drive
Matteson, IL 60443

**TSI Collections**
600 Holiday Dr
Matteson, IL 60443

**U.S. Bank National Association**
c/o U.S. Bank Home Mortgage (See B10)
4801 Frederica Street
Owensboro, Kentucky 42301

**Us Bank Home Mortgage**
4801 Frederica Street
Owensboro, KY 42301

**US Bank Home Mortgage**
US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

**Us Bank Home Mortgage**
Bankruptcy/Recovery Dept
Po Box 5229
Cincinnati, OH 45201

**Valley Imaging Consultants**
2000 Ogden Avenue
Aurora, IL 60504

**Valley Imaging Consultants LLC**
6910 S. Madison Street
Willowbrook, IL 60527

**Village of Bellwood**
3200 Washington Boulevard
Bellwood, IL 60104

**Village of Hillside**
425 Hillside Avenue
Hillside, IL 60162

**Westchester**
10300 West Roosevelt Road
Westchester, IL 60154

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
|    SHAUN MANNING and | ) | 15 B 15725 |
|    TRACY MANNING, | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 13 |
|         Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Bruce W. Black |

## DEBTORS' MOTION TO MODIFY PLAN

**NOW COMES,** SHAUN MANNING and TRACY MANNING ("Debtors"), by and through their attorneys, Sulaiman Law Group, Ltd., and pursuant to 11 U.S.C. §1329 bringing this Motion to Modify Chapter 13 Plan, and in support of their motion state as follows:

1. The Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code on May 1, 2015.

2. Debtor's Chapter 13 plan was confirmed on July 24, 2015 before this Honorable Court.

3. Under the confirmed plan the Debtor's monthly payment to the Trustee was $732.00 per month for sixty months for a base total of $43,920.00.

4. The Debtor's confirmed plan is paying 10% dividend plus interest to the general unsecured creditors.

5. Glenn B. Stearns filed a Motion to Dismiss for Failure to Make Plan Payments on November 5, 2015 ("Motion to Dismiss").

6. The Motion to Dismiss is predicated on the fact that Debtors missed several payments and a default to the Chapter 13 Trustee now exists in the amount of $2,928.00.

7. The total principal that is owed under the Chapter 13 Plan is $34,896.58 as result of fewer Proof of Claims being filed by creditors.

8. The Debtor will tender $1,464.00 in Court on the Motion to Dismiss on March 11, 2016.

9. At the current plan payment of $732.00 per month, if all payments going forward were made the Debtors would complete the Chapter 13 Plan within sixty months and pay more than ten percent to unsecured creditors as proposed in the Chapter 13 Plan.

10. The Debtors request that this Court defer the current default.

11. Deferring the current default will not decrease the amount that creditors will receive under the Chapter 13 Plan and the Debtors will complete the Chapter 13 Plan well within the sixty months allowed by the Bankruptcy Code.

12. Modifying the Debtors' Chapter 13 Plan will also allow all claims to be paid as scheduled.

13. Modification of the plan will not prejudice the unsecured creditors, as they will receive the same dividend as contemplated by the Confirmed Plan.

**WHEREFORE**, the Debtors, SHAUN MANNING and TRACY MANNING, pray this Honorable Court for the following relief:

A. Deferring any default to month 60 of the Debtors' plan.

B. For such other and further relief this Court deems just and proper.

          By: /s/ Paul M. Bach
            Sulaiman Law Group
            COUNSEL FOR DEBTOR(S)
            900 Jorie Boulevard, Suite 150
            Oak Brook, IL 60523
            Phone:(630) 575-8181
            Fax:(630) 575-8188
            Attorney No: 6209530

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>SHAUN MANNING and TRACY MANNING<br><br><br><br>Debtor(s) | BK No.: 15-15725<br><br>Chapter: 13<br>Honorable Bruce W. Black<br>Joliet |

**ORDER ON DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN**

THIS CAUSE coming on to be heard on the Debtors' MOTION TO MODIFY CHAPTER 13 PLAN, the Court being fully advised in the premises:

IT IS SO ORDERED:

1. Any default is deferred.

Enter:

Dated:                                                          United States Bankruptcy Judge

**Prepared by:**
PAUL M. BACH
BACH LAW OFFICES
P.O. BOX 1285
NORTHBROOK, IL 60065
PHONE: (847) 564 0808

Rev: 20120501_bko