IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Shaun Manning
Tracy Manning
           Debtors

Bankruptcy No. 15-15725
Judge Bruce W. Black (Joliet)
Chapter: 13

## NOTICE OF MOTION

TO:    Shaun Manning, 113 Fox Chase Drive South, Oswego, IL 60543
        Tracy Manning, 113 Fox Chase Drive South, Oswego, IL 60543
        Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
        Mohammed O. Badwan, 900 Jorie Blvd Ste 150, Oak Brook, IL 60523
        Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

      Please take notice on March 18, 2016 at 10:00 a.m., I shall appear before the Honorable Bruce W. Black, in 2nd Floor, Joliet City Hall, 150 West Jefferson Street, Joliet, Illinois 60432, and present the attached motion at which time you may appear if you wish.

                                                /s/ Kenneth W. Bach
                                                Kenneth W. Bach, IL ARDC #6295816

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on March 9, 2016. The remaining parties were served by the CM/ECF electronic noticing system.

                                                /s/ Kenneth W. Bach
                                                Kenneth W. Bach, IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Shaun Manning
Tracy Manning
     Debtors

Bankruptcy No. 15-15725
Judge Bruce W. Black
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES U.S. Bank National Association (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated October 27, 2003 on the property located at 113 Fox Chase Drive South, Oswego, Illinois 60543, in the original amount of $190,804.00. (A copy of the Note, Mortgage, Assignments and Loan Modifications are attached as Exhibit A, B, C and D respectively and incorporated herein by reference).

2. Debtors executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Movant or has been duly indorsed. Movant directly or through an agent, has possession of the promissory note. Movant is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

3. The above-captioned Chapter 13 case was filed on May 1, 2015 and the Debtors' Plan was confirmed on July 24, 2015.

4. The confirmed plan provides for the Debtors to be the disbursing agent for the post petition mortgage payments and the Chapter 13 Trustee to be disbursing agent for the pre-petition arrears.

5. As of February 24, 2016, the Debtors have failed to maintain post-petition payments thereby accruing a default of 8 payments from July 1, 2015 through February 1, 2016

for a post-petition arrearage total of $15,334.50 and any payments which come due and owing thereafter. A summary of the post-petition arrearage is as follows:

July 1, 2015 to November 1, 2015, 5 payments at $1,916.49 each
December 1, 2015 to February 1, 2016, 3 payments at $1,917.35 each

6. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7. The Movant has no adequate protection in that the Debtors are in material default of the terms of the Plan by not making the required payments to the Movant and there is little or no equity in the property.

8. That should the Debtors wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

9. That Movant is entitled to relief pursuant to 11 U.S.C. § 362(d).

10. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, U.S. Bank National Association prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for U.S. Bank National Association

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE